MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
CHRISTOPHER BURTON, Assistant United States Attorney (NV #12940)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4270

FILED US District Court-UT
MAR 25 '26 AM11:57

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KYLER QUINN, <br><br> Defendant. | INDICTMENT <br><br> Count 1: 18 U.S.C. §§ 1466A(a)(1) and (d), Production of Obscenity; <br><br> Count 2: 18 U.S.C. § 2252A(a)(2), Receipt and Distribution of Child Pornography; <br><br><br> Case: 4:26-cr-00025 <br> Assigned To : Allen, Ann Marie McIff <br> Assign. Date : 3/24/2026 |

The Grand Jury charges:

COUNT 1
Production of Obscenity
(18 U.S.C. §§ 1466A(a)(1) and (d))

Between a date unknown and December 16, 2025, in the District of Utah and

elsewhere,

KYLER QUINN,

defendant, did knowingly produce a visual depiction of any kind, including a drawing,

cartoon, sculpture, and painting that depicts a minor engaging in sexually explicit conduct

and is obscene using materials that have been mailed, shipped, and transported in interstate or foreign commerce by any means, including by computer, and said visual depiction was shipped and transported in interstate or foreign commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. §§ 1466A(a)(1) and (d).

COUNT 2
18 U.S.C. § 2252A(a)(2)(A), (B) and (b)(1)
(Receipt and Distribution of Child Pornography)

Between a date unknown and December 16, 2025, in the District of Utah, and elsewhere,

KYLER QUINN,

defendant herein, did knowingly receive and distribute any child pornography, and material that contained child pornography, as defined in 18 U.S.C. § 2256(8), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(2)(A), (B), and (b)(1).

**NOTICE OF INTENT TO SEEK FORFEITURE**

Pursuant to 18 U.S.C. § 2253, upon conviction of any offense violating 18 U.S.C. § 2252A or 1466A, the defendant shall forfeit to the United States of America: (i) any visual depiction described in 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which

2

contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to:

- Google Pixel 8A bearing IMEI 350355930699685;

- Google Pixel Watch 3 bearing serial number 4a241jeayw01ka;

- Substitute property as allowed by 21 U.S.C. § 853(p) and 18 U.S.C. § 2253(b).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

MELISSA HOLYOAK
First Assistant United States Attorney

_____
CHRISTOPHER BURTON
Assistant United States Attorney

3